# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-2006
LT Case No. 05-2019-CF-010246-A

———————————————————

DAVID JEROME DEAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.800 Appeal from the Circuit Court for Brevard County.
Charles Grooms Crawford, Judge.

David Jerome Dean, Raiford, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, KILBANE, and MACIVER, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————